AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

STEPHEN LEWIS

*Plaintiff(s)*

v.

CITY OF SOUTHAVEN,and DETECTIVE WHITNEY WALLEY,IN HER OFFICIAL and INDIVIDUAL CAPACITY

*Defendant(s)*

Civil Action No. 3:23cv336-DMB-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF SOUTHAVEN.MISSISSIPPI
8710 NORTHWEST DRIVE, SOUTHAVEN, MS. 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEPHEN LEWIS
852 WHITEHAVEN LANE
MEMPHIS, TN. 38116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

David Crews

Date: 8/29/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

STEPHEN LEWIS

*Plaintiff(s)*

v.

CITY OF SOUTHAVEN,and DETECTIVE WHITNEY WALLEY,IN HER OFFICIAL and INDIVIDUAL CAPACITY

*Defendant(s)*

Civil Action No. 3:23 cv 336-DMB-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DETECTIVE WHITNEY WALLEY
8710 NORTHWEST DRIVE, SOUTHAVEN, MS. 38671

or at:

8691 Northwest Drive
Southaven, Ms 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEPHEN LEWIS
852 WHITEHAVEN LANE
MEMPHIS, TN. 38116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

David Crews

*Signature of Clerk or Deputy Clerk* by [illegible]

Date: 8/29/2023