**Whitney Walley**

---

**From:** Whitney Walley
**Sent:** Friday, November 20, 2020 10:14 AM
**To:** Seth Kern
**Subject:** RE: Info from Washington County SO

Yes sir, the report number is 202000080385.
It hasn't been assigned to anyone yet and it looks like video needs to be collected.

**From:** Seth Kern <skern@southaven.org>
**Sent:** Friday, November 20, 2020 9:54 AM
**To:** Whitney Walley <wwalley@southaven.org>
**Cc:** Nick York <nyork@southaven.org>
**Subject:** FW: Info from Washington County SO

Whitney,

Can you look into this? Thanks.

Seth

**From:** Zack Edmonds <zedmonds@southaven.org>
**Sent:** Wednesday, November 18, 2020 6:14 PM
**To:** Seth Kern <skern@southaven.org>
**Cc:** Nick York <nyork@southaven.org>
**Subject:** Info from Washington County SO

Investigator Weatherspoon from Washington Co Sherriff's Dept, in Greenville, called us this evening. He said they have someone in custody for auto burglary and in the course of their investigation they located evidence of multiple fraudulent purchases with illegally obtained credit cards including a receipt from Best Buy for a large amount possibly from report number 202000080385. He can be contacted at 662-616-0073.

Thanks,
Zack Edmonds #3137
Dispatch Shift Supervisor and CTO
City of Southaven ITEC/E911
*Proudly serving since 2017*



PLAINTIFF'S EXHIBIT
No. 1